UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CHARLENE JONES, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCURIDE CORPORATION, RICHARD F. DAUCH, JOHN W. RISNER, ROBERT E. DAVIS, LEWIS KLING, ROBIN J. ADAMS, KEITH E. BUSSE, and JAMES R. RULSEH,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 3:16-cv-00210-RLY-MPB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING STIPULATION TO DISMISS ACTION AS MOOT AND RETAINING JURISDICTION TO DETERMINE PLAINTIFF'S COUNSEL'S <u>POTENTIAL APPLICATION FOR FEES AND EXPENSES</u>**

Upon consideration of the parties' Stipulation to Dismiss Action as Moot and Retaining Jurisdiction to Determine Plaintiff's Counsel's Potential Application for Fees and Expenses and for good cause shown,

IT IS HEREBY ORDERED by the Court as follows:

1. The Action is hereby dismissed as moot and the claims asserted therein are dismissed with prejudice only as to Plaintiff, individually, and without prejudice as to any actual or potential claims of any other members of the putative class.

2. This Court will retain jurisdiction of this Action solely for the purpose of adjudicating Plaintiff's Fee and Expense Application in connection with mooted disclosure claims asserted by Plaintiff in the Action.

3. The parties in the Action shall meet, confer, and present the Court with a schedule for briefing on Plaintiff's counsel's anticipated Fee and Expense Application, or inform the Court of any agreements otherwise.

**SO ORDERED.**

Dated: ___12/14/2016_____

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**Distribution To:**

All ECF-registered counsel of record via email generated through the court's ECF system.