# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| CHARLENE JONES, On Behalf of Herself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ACCURIDE CORPORATION, RICHARD F. DAUCH, JOHN W. RISNER, ROBERT E. DAVIS, LEWIS KLING, ROBERT J. ADAMS, KEITH E. BUSSE, and JAMES R. RULSEH,<br><br>    Defendants. | Case No. 3:16-cv-00210-RLY-MPB<br><br>**STIPULATION AND ORDER** |

WHEREAS, on December 13, 2016, the Parties submitted a stipulation to dismiss with prejudice the complaint in the Action and retaining jurisdiction solely for considering any application for an award of attorneys' fees and expenses;

WHEREAS, the Parties have reached agreement with respect to payment of attorneys' fees and expenses, in full satisfaction of any claims for the above Plaintiff's attorneys' fees or expenses;

There being no further issue for the Court to consider, the Court, at the request of Plaintiff, hereby issues the following order:

1. To close and terminate the Action with the Court no longer retaining jurisdiction for considering any application for an award of attorneys' fees and expenses, which is now moot.

Respectfully submitted:

RILEY WILLIAMS & PIATT, LLC

/s/ James A. Piatt
William N. Riley, Atty. No. 14941-49
James A. Piatt, Atty. No. 28320-49
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-5270
(317) 426-3348 Fax
E-Mail:   wriley@rwp-law.com
          jpiatt@rwp-law.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2017, copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

/s/ James A. Piatt
James A. Piatt

**SO ORDERED.**

Dated:  3/20/2017

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**Distribution to:**

All ECF-registered counsel of record via email generated through the court's ECF system.